IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-285-MJR |
| | ) | |
| MARK BOOZER and JERRY McQUIRE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After the Court issued its threshold order finding that Plaintiff's complaint stated a claim against Defendants Boozer and McQuire for deliberate indifference to his serious medical needs (Doc. 14), the Clerk prepared requests for waivers of service for both defendants and forwarded them to the United States Marshal for service (Doc. 15). On September 21, 2009, the waiver of service directed to Defendant McQuire was returned unexecuted with the notation, "no employee by this name" (Doc. 16). On December 2, 2009, the Clerk issued summons as to Defendant McQuire and forwarded the summons to the United States Marshal for service (Doc. 23). On February 19, 2010, the summons was returned unexecuted with the notation that an H.R. Representative at Pinckneyville Correctional Center stated "there is no employee by the name of Jerry McQuire" (Doc. 29).

To date, Defendant McQuire has not been served and has not entered an appearance in the action. The Marshal has been unable to find Defendant McQuire based upon the information provided by Plaintiff. Accordingly, pursuant to Fed. R. Civ. P. 4(m), the Court extends the time for service of Defendant McQuire for 30 more days, that is, until **May 12, 2010**. By this date, Plaintiff must either serve process on Defendant McQuire or provide additional information to the Court to identify this Defendant so that the United States Marshal may serve process upon him. If after the

expiration of 30 days Defendant McQuire is not served or identified, the undersigned Magistrate Judge will recommend that Defendant McQuire be dismissed without prejudice from the action as described in Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

**DATED: April 12, 2010**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**
