## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL WILLIAMS,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 08–cv–0285–SCW |
| **MARK BOOZER and PAUL MCGUIRE,** | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL ACTION

This action was tried by Magistrate Judge Stephen C. Williams without a jury, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Michael Williams shall recover nothing and the action is hereby **DISMISSED on the merits**. Each party to bear their own costs.

**DATED**: September 30, 2011.

NANCY J. ROSENSTENGEL, CLERK

By: s/ Angie Vehlewald
    Deputy Clerk


APPROVED: /s/ *Stephen C. Williams*
              STEPHEN C. WILLIAMS
              United States Magistrate Judge